UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NELSON LOPEZ BARRAZA,

    Plaintiff,

  v.

ERIC H. HOLDER, et al.,

    Defendants.

Case No. 14-cv-04029-MEJ

**ORDER TO SHOW CAUSE**

Petitioner, who is in custody, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed the petition and concludes that it warrants a response.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Clerk of Court shall serve a copy of the petition and this order upon Respondent and the Attorney General. *See* 28 U.S.C. § 2254, Rule 4.

(2) Respondent shall file and serve an answer to the petition in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

(3) Petitioner may serve and file a traverse responding to matters raised in the answer in accordance with 28 U.S.C. § 2254, Rule 5 and Habeas Corpus Local Rule 2254-6.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge