1  JOYCE R. BRANDA
Acting Assistant Attorney General
2  Civil Division
WILLIAM C. PEACHEY
3  Director
Office of Immigration Litigation
4  District Court Section
ELIZABETH J. STEVENS
5  Assistant Director
Office of Immigration Litigation
6  KATHERINE J. SHINNERS (DCBN 978141)
Trial Attorney
7  Office of Immigration Litigation
U.S. Department of Justice, Civil Division
8  P.O. Box 868, Ben Franklin Station
Washington, DC 20044
9  Tel: (202) 598-8259
Fax: (202)305-7000
10 Katherine.J.Shinners@usdoj.gov

11 *Attorneys for Respondents*

12                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
13                      SAN FRANCISCO DIVISION

14

15 NELSON BIRLANDY LOPEZ BARRAZA,    )
                                   )          No. 3:14-cv-4029 MEJ
16              Petitioner,          )
                                   )      CORRECTED STIPULATION OF
17        vs.                        )        VOLUNTARY DISMISSAL
                                   )   UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)
18                                   )
ERIC H. HOLDER, JR., Attorney General of )
19 the United States, *et al.*,          )
                                   )
20              Respondents.         )

21

22

23 **CORRECTED STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

     Under Fed. R. Civ. P. 41(a)(1)(a)(ii), Petitioner, Nelson Birlandy Lopez Barraza, and the
24
Respondents, by and through counsel, hereby voluntarily agree and stipulate to the dismissal of
25
this action with prejudice, each party to pay his or their own costs and attorneys' fees, and
26
waiving all rights of appeal.
27
     This corrected stipulation replaces the stipulation filed in this action on December 15,
28
2014 (ECF No. 10), which has since been withdrawn.

                                          1

1

2    Dated: December 17, 2014                    Respectfully submitted,

3
                                                 JOYCE R. BRANDA
4                                                Acting Assistant Attorney General
                                                 Civil Division
5
                                                 WILLIAM C. PEACHEY
6                                                Director
                                                 Office of Immigration Litigation
7                                                District Court Section

8                                                ELIZABETH J. STEVENS
                                                 Assistant Director
9                                                Office of Immigration Litigation

10                                               *s/ Katherine J. Shinners*
                                                 KATHERINE J. SHINNERS
11                                               Trial Attorney
                                                 U.S. Department of Justice
12                                               Civil Division
                                                 Office of Immigration Litigation – District Court
13                                               Section
                                                 P.O. Box 868, Ben Franklin Station
14                                               Washington, DC 20044
                                                 Tel: (202)598-8259
15                                               Fax: (202)305-7000(Fax)
                                                 Katherine.J.Shinners@usdoj.gov
16
                                                 *Attorneys for Respondents*
17
                                                  *s/ Gautam Jagannath (with permission)*
18                                               GAUTAM JAGANNATH, ESQ.
                                                 EMILY ABRAHAM, ESQ.
19                                               Social Justice Collaborative
                                                 420 3rd Street, Suite 130
20                                               Oakland, CA 94607
                                                 (p) 510.992.3964
21                                               (e) office@socialjusticecollaborative.org
22
                                                 *Attorneys for Petitioner*
23

24

25

26

27

28

2

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on December 17, 2014, I electronically filed the foregoing with the

3   Clerk of Court using the CM/ECF System.  The CM/ECF system distributes a copy to counsel

4   for petitioner upon filing.

5

6                                            *s/ Katherine J. Shinners*
                                             KATHERINE J. SHINNERS
7                                            Trial Attorney
                                             Office of Immigration Litigation
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28